UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

JERMAINE A. HAMPTON,

    Plaintiff,

    v.                         Case No. 20-C-936

WAYNE BAUER,

    Defendant.

## ORDER DENYING MOTION FOR DEFAULT

Plaintiff Germaine Hampton, a prisoner at Waupun Correctional Institution who has filed a civil rights action against various prison officials, has filed two motions for default judgment claiming that the defendants failed to timely respond to his complaint. The motions are denied.

In the court's Screening Order entered on August 5, 2020, the court directed the defendants to file a responsive pleading within 60 days of their receipt of the order. Defendants filed their answer on October 2, 2020, which falls within the 60-day period. Since the answers were timely filed, Hampton's motions for default judgment, Dkt. Nos. [16] and [18], must be denied.

**SO ORDERED** at Green Bay, Wisconsin this 8th day of October, 2020.

                                              s/ William C. Griesbach
                                              William C. Griesbach
                                              United States District Judge